Nos. 22-15344, 22-15661

IN THE
UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

PUENTE, an Arizona nonprofit corporation, et al.,

*Plaintiffs-Appellees,*

v.

CITY OF PHOENIX, a municipal corporation, et al.,

*Defendants,*

BENJAMIN MOORE, et al.,

*Defendants-Appellants.*

*(Caption continues on next page.)*

On Appeal from the United States District Court for the District of Arizona,
No. 18-cv-2778 (Hon. John J. Tuchi)

**PLAINTIFFS/APPELLANTS' MOTION TO STRIKE DOCKET ENTRY NO. 95**

| | |
|---|---|
| McLane, Bednarski & Litt<br>Barrett S. Litt<br>975 E. Green Street<br>Pasadena, California 91106<br>t. 626 844-7660<br>e. blitt@mbllegal.com | Schonbrun, Seplow, Harris, Hoffman & Zeldes LLP<br>Paul Hoffman<br>John Washington<br>9415 Culver Blvd, #115<br>Culver City, California 90230<br>t. 310 396-0731<br>e. hoffpaul@aol.com |

**ATTORNEYS FOR PLAINTIFFS/ APPELLANTS**

**ADDITIONAL PLAINTIFFS'/APPELLANTS' COUNSEL**

Andrew Kim, Goodwin Procter LLP, 1900 N Street, NW, Washington, DC 20036, (202) 346-4000.

James Nikraftar, Goodwin Procter LLP, 520 Broadway, Suite 500, Santa Monica, CA 90401, (424) 252-6400.

Gerard J. Cedrone, Goodwin Procter LLP, 100 Northern Avenue, Boston, MA 02210, (617) 570-1000.

Neel Chatterjee, Alexis Coll-Very, Yoona Lee, Goodwin Procter LLP, 601 Marshall Street, Redwood City, CA 94063, (650) 752-3100.

Kathleen E. Brody, Mitchell Stein Carey Chapman, PC, 2600 North Central Avenue, Suite 1000, Phoenix, AZ 85004, (602) 388-8958.

Jared G. Keenan, ACLU Foundation of Arizona, 3707 North 7th Street, Suite 235, Phoenix, AZ 85014, (602) 650-1854.

Cindy Pánuco, Nisha Kashyap, Joanna Elizabeth Adler, Public Counsel, 610 South Ardmore Avenue, Los Angeles, CA 90005, (213) 385-2977.

Dan Stormer, Hadsell Stormer Renick & Dai LLP, 128 North Fair Oaks Avenue, Pasadena, CA 91103, (626) 585-9600.

# PLAINTIFFS/APPELLANTS' MOTION TO STRIKE DOCKET ENTRY NO. 95

Plaintiffs/Appellees/Appellants Puente, Ira Yedlin, Janet Travis, Cynthia Guillen, Poder in Action, and Jacinta Gonzalez Goodman (collectively "Plaintiffs") hereby move to strike Docket entry no. 95, entitled Plaintiffs/Appellants' Petition for Rehearing En Banc.

On February 27, 2025 at approximately 6:31 p.m., Plaintiffs filed the Petition. Dkt. 95. Shortly after the Petition was filed Counsel realized that the version filed was not the final version of the Petition. Thus, at 7:21 p.m., Plaintiffs filed a corrected final version of the Petition. Dkt. 96.

No party will be prejudiced if Docket entry no. 95 is stricken and the Court considers only Docket entry No. 96.

Dated:  February 28, 2025             Respectfully submitted,

Paul L. Hoffman                       /s/    Barrett S. Litt
John C. Washington                    Barrett S. Litt
SCHONBRUN SEPLOW HARRIS HOFFMAN       MCLANE, BEDNARSKI & LITT, LLP
& ZELDES, LLP                         975 East Green Street
200 Pier Avenue                       Pasadena, CA 91106
Suite 226                             (626) 844-7660
Hermosa Beach, CA 90254
(310) 717-7373

3

Jared G. Keenan
AMERICAN CIVIL LIBERTIES UNION OF ARIZONA
2712 North 7th Street
Phoenix, AZ 85006
(602) 650-1854

Dan Stormer
HADSELL STORMER & RENICK LLP
128 North Fair Oaks Avenue
Pasadena, CA 91103
(626) 585-9600

Andrew Kim
GOODWIN PROCTER LLP
1900 N Street, N.W.
Washington, D.C. 20036
(202) 346-4000
*andrewkim@goodwinlaw.com*

Neel Chatterjee
GOODWIN PROCTER LLP
601 Marshall Street
Redwood City, CA 94063
(650) 752-3100

Kathleen E. Brody
MITCHELL STEIN CAREY
  CHAPMAN, PC
2600 North Central Avenue
Suite 1000
Phoenix, AZ 85004
(602) 388-8958

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Certificate of Compliance

**9th Cir. Case Number(s)** 22-15344, 22-15661

I am the attorney or self-represented party.

I certify that pursuant to Federal Rule of Appellate Procedure 27(d)(2)(A), this motion contains 99 words.

**Signature** /s/ Barrett S. Litt          **Date** February 28, 2025
*(use "*s/[typed name]*" to sign electronically filed documents)*

5