UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

APR 14 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PUENTE, an Arizona nonprofit corporation; PODER IN ACTION, an Arizona nonprofit corporation; IRA YEDLIN; JANET TRAVIS; CYNTHIA GUILLEN; JACINTA GONZALEZ GOODMAN, individually and as class representatives, <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> CITY OF PHOENIX, a municipal corporation; MICHAEL SULLIVAN, in his official capacity; JERI L. WILLIAMS; GLENN NEVILLE; JOHN STICCA; LANE WHITE; UNKNOWN PARTIES, Does 1-20, <br><br> Defendants, <br><br> and <br><br> BENJAMIN MOORE, individually and in their official capacities; DOUGLAS MCBRIDE; ROBERT SCOTT; CHRISTOPHER TURIANO; JEFFREY HOWELL; GEORGE HERR, <br><br> Defendants-Appellants. | No. 22-15344 <br><br> D.C. No. 2:18-cv-02778-JJT <br><br> District of Arizona, Phoenix <br><br> ORDER |
| PUENTE, an Arizona nonprofit corporation; IRA YEDLIN; JANET TRAVIS; CYNTHIA GUILLEN; JACINTA GONZALEZ GOODMAN, individually and as class representatives; PODER IN ACTION, an Arizona nonprofit corporation, <br><br> Plaintiffs-Appellants, | No. 22-15661 <br><br> D.C. No. 2:18-cv-02778-JJT |

v.

CITY OF PHOENIX, a municipal corporation; MICHAEL SULLIVAN, in his official capacity; BENJAMIN MOORE, individually and in his official capacity; JERI L. WILLIAMS; DOUGLAS MCBRIDE; ROBERT SCOTT; CHRISTOPHER TURIANO; JEFFREY HOWELL; GEORGE HERR,

   Defendants-Appellees,

and

GLENN NEVILLE; JOHN STICCA; LANE WHITE; UNKNOWN PARTIES, Does 1-20,

   Defendants.

Before: NGUYEN, COLLINS, and LEE, Circuit Judges.

The panel has voted unanimously to deny the petition for rehearing en banc. The full court has been advised of the petition for rehearing en banc, and no judge has requested a vote on whether to rehear the matter en banc. *See* FED. R. APP. P. 40. Accordingly, the petition for rehearing en banc (No. 22-15344, Dkt. No. 96; No. 22-15661, Dkt. No. 88) is **DENIED**.